James F. Clark, Alaska Bar #6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Tel: 907-586-0122
Fax: 907-586-1093
jfclarkiii@gmail.com

Steven W. Silver, Alaska Bar #7606089
Robertson, Monagle & Eastaugh
1810 Samuel Morse Drive, Suite 202
Reston, VA 20190
Tel: 703-527-4414
Fax: 703-527-0421
ssilver628@aol.com

Attorneys for Movants for Intervention as Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**MOVANT MURKOWSKI *ET AL'*S MOTION TO INTERVENE**

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE; ORGANIZED VILLAGE OF SAXMAN; HOONAH INDIAN ASSOCIATION; KETCHIKAN INDIAN COMMUNITY; KLAWOCK COOPERATIVE ASSOCIATION; WOMEN'S EARTH AND CLIMATE ACTION NETWORK; THE BOAT COMPANY; UNCRUISE; ALASKA LONGLINE FISHERMEN'S ASSOCIATION; SOUTHEAST ALASKA CONSERVATION COUNCIL; NATURAL RESOURCES DEFENSE COUNCIL; ALASKA RAINFOREST DEFENDERS; ALASKA WILDERNESS LEAGUE; SIERRA CLUB; DEFENDERS OF WILDLIFE; NATIONAL AUDUBON SOCIETY; CENTER FORBIOLOGICAL DIVERSITY; FRIENDS OF THE EARTH; THE WILDERNESS SOCIETY; GREENPEACE, INC.; NATIONAL WILDLIFE FEDERATION; and ENVIRONMENT AMERICA, <br><br> Plaintiffs, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. <br> ) 1-20-cv- <br> ) 011 SLG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

MOVANTS' MOTION TO INTERVENE
OVK et al. v. USDA et al.    Case No. 1-20-cv-011 SLG
Case 1:20-cv-00011-SLG   Document 22   Filed 03/23/21   Page 1 of 5

v.

| | )
|---|---|
| THOMAS VILSACK, in his official capacity as Secretary of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, STEPHEN CENSKY, or his successor, in his official capacity as Deputy Secretary of Agriculture; and UNITED STATES FOREST SERVICE,<br>**Defendants,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| STATE OF ALASKA,<br>**Defendant-Intervenor**, and | )<br>)<br>) |
| GOVERNOR FRANK H. MURKOWSKI, THE CITY OF CRAIG (CRAIG), THE CITY OF KETCHIKAN, THE KETCHIKAN GATEWAY BOROUGH (KGB), SOUTHEAST STEVEDORING CORP. ALASKA ELECTRIC LIGHT & POWER COMPANY (AEL&P), ALASKA POWER & TELEPHONE (AP&T), ALASKA MARINE LINES, INC. (AML), THE ALASKA MINERS' ASSOCIATION (AMA), HYAK MINING CO., THE RESOURCE DEVELOPMENT COUNCIL FOR ALASKA (RDC), THE ALASKA CHAMBER, THE JUNEAU CHAMBER OF COMMERCE, THE FIRST THINGS FIRST ALASKA FOUNDATION (FTF), TYLER RENTAL INC. (TYLER), FIRST BANK, TEMSCO HELICOPTERS, INC., SAMSON TUG AND BARGE COMPANY, INC., BOYER TOWING INC., COASTAL HELICOPTERS, INC., CONSTRUCTION MACHINERY INDUSTRIAL, LLC., GREATER KETCHIKAN CHAMBER OF COMMERCE, AND SOUTHEAST CONFERENCE.<br>**Movants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| _____ | ) |

MOVANTS' MOTION TO INTERVENE
OVK et al. v. USDA et al.    Case No. 1-20-cv-011 SLG
Case 1:20-cv-00011-SLG   Document 22   Filed 03/23/21   Page 2 of 5

Pursuant to Federal Rule of Civil Procedure 24(a), Movants hereby move to intervene as of right. In the alternative, Movants seek permissive intervention pursuant to Rule 24(b).

This Motion is supported by the attached Memorandum in Support of Motion to Intervene and accompanying declarations. A Proposed Answer setting forth responses and affirmative defenses to Plaintiffs' Complaint is attached. *See* LCvR 7(j). A Proposed Order granting this Motion to Intervene as Defendants is also attached. *See* LCvR 7(c).

As required by Local Civil Rule 7(m), counsel for Movants has conferred with counsel for the parties to this action concerning their positions on this motion. Counsel for Organized Village of Kake, *et al* states that they reserve their position to object until they have been able to review the Motion. Federal Defendants United States Department of Agriculture, *et al.* take no position on this Motion. The State of Alaska does not object to Movants' intervention.

Respectfully submitted this 22nd day of March 2021.

*s/ James F. Clark*
James F. Clark, Alaska Bar #6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Tel: 907-586-0122
Fax: 907-586-1093
jfclarkiii@gmail.com

MOVANTS' MOTION TO INTERVENE
OVK et al. v. USDA et al.      Case No. 1-20-cv-011 SLG
        Case 1:20-cv-00011-SLG   Document 22   Filed 03/23/21   Page 3 of 5              3

*/s Steven W. Silver*
Steven W. Silver, Alaska Bar #7606089
Robertson, Monagle & Eastaugh
1810 Samuel Morse Drive, Suite 202
Reston, VA 20190
Tel: 703-527-4414
Fax: 703-527-0421
ssilver628@aol.com

Attorneys for Movants

MOVANTS' MOTION TO INTERVENE
OVK et al. v. USDA et al.      Case No. 1-20-cv-011 SLG
Case 1:20-cv-00011-SLG   Document 22   Filed 03/23/21   Page 4 of 5           4

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2021 I caused to be electronically filed the foregoing MOTION TO INTERVENE with the Clerk of the Court for the United States District Court for Alaska using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

s/ Steven W. Silver
Steven W. Silver

MOVANTS' MOTION TO INTERVENE
OVK et al. v. USDA et al.     Case No. 1-20-cv-011 SLG
Case 1:20-cv-00011-SLG   Document 22   Filed 03/23/21   Page 5 of 5
5