# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> THOMAS VILSACK, in his official capacity as Secretary of Agriculture, *et al.*, <br><br> Defendants, <br> and <br><br> STATE OF ALASKA, *et al.*, <br><br> Intervenor-Defendants. | Case No. 1:20-cv-00011 -SLG |

## ORDER RE MOVANT MURKOWSKI *ET AL.'S* MOTION TO INTERVENE

Before the Court at Docket 22 is the Movants' Motion to Intervene in the above-captioned case pursuant to Federal Rules of Civil Procedure 24(a), or alternatively 24(b). Plaintiffs filed a response of non-opposition to the motion at Docket 24. Federal Defendants take no position on the motion. Intervenor-Defendant does not oppose the motion.

Good cause being shown, IT IS ORDERED that the motion to intervene is GRANTED. Accordingly, movants are directed to file a clean copy of their Answer within 7 days of this order. The case caption in this action is amended as shown above.

Dated this 16th day of April, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE
