# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, <br><br>   Plaintiffs, <br>   v. <br><br> THOMAS VILSACK, in his official capacity as Secretary of Agriculture, *et al.*, <br><br>   Defendants, <br>   and <br><br> STATE OF ALASKA, *et al.*, <br><br>   Intervenor-Defendants. | Case No. 1:20-cv-00011 -SLG |

### ORDER RE ALASKA BANKERS ASSOCIATION MOTION TO INTERVENE AS DEFENDANT

Before the Court at Docket 27 is *Alaska Bankers Association Motion to Intervene as Defendant* in the above-captioned case pursuant to Federal Rules of Civil Procedure 24(a), or alternatively 24(b).  Plaintiffs filed a response of non-opposition to the motion.[1]  Federal Defendants take no position on the motion.  Intervenor-Defendant does not oppose the motion.

---

[1] Docket 31.

Good cause being shown, IT IS ORDERED that the motion to intervene is GRANTED. Accordingly, movants are directed to file a clean copy of their Answer within 7 days of this order.

Dated this 8th day of July, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 1:20-cv-00011-SLG, *Organized Village of Kake, et al. v. Vilsack, et al.*
Order re Alaska Bankers Association Motion to Intervene as Defendant
Page 2 of 2
Case 1:20-cv-00011-SLG   Document 32   Filed 07/08/21   Page 2 of 2