TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Erika Norman, CA Bar # 268425
Senior Trial Attorney
Natural Resources Section
150 M Street, NE
Washington, D.C. 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, | Case No. 1:20-cv-00011-SLG |
| Plaintiffs, | |
| v. | JOINT STATUS REPORT |
| THOMAS VILSACK, *et al.*. | |
| Federal Defendants, | |
| and | |
| STATE OF ALASKA*, et al.*, | |
| Intervenor Defendants. | |

In accordance with the Court's August 12, 2022 Order (ECF No. 47), the parties provide this joint status report on the status of the rulemaking during the pendency of the stay:

The United States Department of Agriculture ("USDA") expects to issue a final rule for Special Areas; Roadless Area Conservation; National Forest System Lands in Alaska before the end of the calendar year.

The Intervenor Defendants maintain their objections to the continual delays and inactions on this issue and particularly object to Federal Defendants use of its delays for pre-emptive denials and delays of projects under the current law, the 2020 Alaska Roadless Rule.

Respectfully submitted on this 30th day of November, 2022.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Erika Norman
ERIKA NORMAN
Senior Trial Attorney
Natural Resources Section
150 M Street, NE
Washington, D.C. 20002
Phone: (202) 305-0475
Fax: (202) 305-0506

*Attorneys for Federal Defendants Thomas Vilsack, in his official capacity, the United States Department of Agriculture, and the United States Forest Service*

Joint Status Report
*Organized Village of Kake, et al. v. Vilsack, et al.*, No. 1:20-cv-00011-SLG
1
Case 1:20-cv-00011-SLG   Document 48   Filed 11/30/22   Page 2 of 4

/s/ Katharine S. Glover, with permission
Katharine S. Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

/s/ Nathaniel S.W. Lawrence, with permission
Nathaniel S.W. Lawrence (Wash. Bar No. 30847)
Garett R. Rose (D.C. Bar No. 1023909)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiffs*


TREG R. TAYLOR
ATTORNEY GENERAL

/s/ Mary Gramling, with permission
Senior Assistant Attorney General
Alaska Bar No. 1011078
mary.gramling@alaska.gov
P.O. Box 110300
Juneau, AK 99811-0300
907.465.3600 main
907.465.2417 fax
*Attorney for Defendant Intervenor State of Alaska*

/s/ James F. Clark, with permission
James F. Clark
Alaska Bar No. 6907025
Law Offices of James F. Clark
1109 C Street
Juneau, AK 99801
907.586.0122 (office)
907.586.1035 (fax)
jfclarkiii@gmail.com

*Attorney for Defendant Intervenors*

/s/ Steven W. Silver, with permission
Steven W. Silver
Alaska Bar No. 7606089
Robertson Monagle and Eastaugh

Joint Status Report
*Organized Village of Kake, et al. v. Vilsack, et al.*, No. 1:20-cv-00011-SLG
2

1810 Samuel Morse Drive, Suite 202
Reston, VA 20190
703.527.4414
[ssilver628@aol.com](mailto:ssilver628@aol.com)

*Attorney for Defendant Intervenors*

Joint Status Report
*Organized Village of Kake, et al. v. Vilsack, et al.*, No. 1:20-cv-00011-SLG
3
Case 1:20-cv-00011-SLG   Document 48   Filed 11/30/22   Page 4 of 4